UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at LEXINGTON)

| | |
|---|---|
| KATHY PERUSSE,<br><br>    Plaintiff,<br><br>v.<br><br>BARSTOW COMMUNITY HOSPITAL,<br><br>    Defendant. | Civil Action No. 5: 24-CV-105-CHB<br><br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order of Dismissal entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Complaint **[R. 1]** is **DISMISSED**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 22nd day of May, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY